# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---

*Bellanich*

-v-

*America Legion National Headqts.*

U.S.C.A. # _____

U.S.D.C. # **07-cv-11250**

JUDGE: **KMW**

DATE: **JAN. 16, 2008**

*[Stamp: U.S. DISTRICT COURT FILED JAN 16 2008 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| **PREPARED BY (NAME):** | THOMAS R. PISARCZYK |
| **FIRM:** | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| **ADDRESS:** | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| **PHONE NO.:** | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------

**DOCUMENT DESCRIPTION**                                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **16th** Day of **January**, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Bellanich*

-v-

**ALNH**

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **07-cv-11250**

JUDGE: **KMW**

DATE: **JAN. 16, 2008**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **1** Through **5**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **16th** Day of **January** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, LEAD, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11250-KMW
### Internal Use Only

Bellanich v. America Legion National Headquarters
Assigned to: Judge Kimba M. Wood
Member case: (View Member Case)
Cause: 28:1331 Fed. Question: Other

Date Filed: 12/14/2007
Date Terminated: 12/14/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by John D. Bellanich.(laq) (Entered: 12/18/2007) |
| 12/14/2007 | 2 | COMPLAINT against America Legion National Headquarters. Document filed by John D. Bellanich.(laq) (Entered: 12/18/2007) |
| 12/14/2007 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 12/18/2007) |
| 12/14/2007 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis, consolidate these two actions, 1:07-cv-11250 & 1:07-cv-11252, solely for the purpose of this order, but dismiss the complaints for the reasons set forth.Thus, according these pro se complaints the close and sympathetic reading to which they are entitled, reveal no basis for the exercise of subject matter jurisdiction over the undelying suit.Accordingly, the complaints filed in forma pauperis under 28 U.S.C. 1915(a)(1), are dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(2). I certify pursuant to 28 U.S.C.1915(a)(3) that any appeal from this would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/14/07) (laq) (Entered: 12/18/2007) |
| 12/14/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/14/07) (laq) (Entered: 12/18/2007) |
| 01/11/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Complaint). Document filed by John D. Bellanich. (tp) (Entered: 01/15/2008) |
| 01/11/2008 | | Appeal Remark as to 5 Notice of Appeal filed by John D. Bellanich. $455.00 APPEAL FEE DUE. IFP REVOKED 12/14/07. (tp) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 01/15/2008) |